IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

LESTER LEROY WILLIAMS, II,
    Plaintiff,

vs.                                        Case No.   3:12cv10/RV/CJK

MULTIPLE UNNAMED STATE OR LOCAL
AGENTS AND/OR AGENCIES IN THE
STATE OF FLORIDA,
    Defendants.
_____

## O R D E R

       This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated February 24, 2012. (Doc. 9). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of objections filed.

       Having considered the Report and Recommendation, and the timely filed objections thereto, I have determined that the Report and Recommendation should be adopted.

       Accordingly, it is now ORDERED as follows:

       1.    The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

     2.     The plaintiff's Motion to Withdraw Complaint (doc. 8) is construed as a notice of voluntary dismissal.

     3.     This cause is DISMISSED WITHOUT PREJUDICE under Fed.R.Civ.P. 41(a)(1)(A)(i).

     4.     All other pending motions are DENIED as moot.

     5.     The clerk is directed to close the file.

DONE AND ORDERED this 2nd day of April, 2012.

                            /s/ *Roger Vinson*
                            ROGER VINSON
                            SENIOR UNITED STATES DISTRICT JUDGE